IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| JOSHUA A. ASMAD-ESCOBAR, on behalf of himself and those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHOENIX FINANCIAL SERVICES, LLC, CASCADE CAPITAL FUNDING LLC, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 21-cv-18743 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Phoenix Financial Services, LLC ("Phoenix"), hereby removes the above captioned civil action from the Superior Court of Hudson County, New Jersey to the United States District Court for the District of New Jersey. The removal of this civil action is proper because:

1. Phoenix is a defendant in a civil action filed by plaintiff, Joshua A. Asmad-Escobar ("plaintiff"), in the Superior Court of Hudson County, New Jersey, captioned as *Joshua A. Asmad-Escobar v. Phoenix Financial Services, LLC, Cascade Capital Funding LLC, and John Does 1-10,* Docket No. HUD-L-003551-21 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Phoenix removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

1

3. The Class Action Complaint in the State Court Action asserts claims under the federal Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 *et seq.*, and under New Jersey state law. A true and correct copy of Plaintiff's Class Action Complaint is attached hereto as **Exhibit A.** No further proceedings have occurred in the State Court Action.

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331 and would have supplemental jurisdiction over the state law claims asserted pursuant to 28 U.S.C. § 1367.

5. The Superior Court of Hudson County, New Jersey, is located within the District of New Jersey. Therefore, venue for purposes of removal is proper because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), Phoenix has timely filed this Notice of Removal. Phoenix was served with process on September 15, 2021. This Notice of Removal is being filed within 30 days from service of the Summons and Complaint.

7. As of the date of this filing, all named defendants have been served with the State Court Action Complaint and consent to removal of the State Court Action. Attached hereto as **Exhibit B** is Defendant, Cascade Capital Funding LLC's, Notice of Consent to Removal.

8. A copy of this Notice of Removal is being served upon plaintiff and all parties, and filed concurrently with the Superior Court of Hudson County, New jersey.

WHEREFORE, Defendant, Phoenix Financial Services, LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Facsimile: (877) 334-0661
Email: aeasley@sessions.legal

*Attorney for Defendant,
Phoenix Financial Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of New Jersey, and served via CM/ECF, Email and U.S. Mail upon the following:

Yongmoon Kim
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Telephone/Fax: (201) 273-7117
Email: ykim@kimlf.com
*Attorney for Plaintiff*

/s/ Aaron R. Easley
Aaron R. Easley, Esq.
